UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY D. JENKINS, III,<br><br>             Plaintiff,<br><br>     vs.<br><br>ELDON VAIL, GREG GARRINGER, JEFF UTTECHT, STEVE SINCLAIR, STEVE BARKER, JUAN PALOMO, SANDI JACOBSEN, D. FEDDERSON, ROBERT PIN, K. JURGENSON, E. CREWSE, JERMAINE BROWN, and JEFF SCHUETZE,<br><br>             Defendants. | NO.  CV-08-5075-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR INJUNCTIVE RELIEF, AND DENYING REQUEST TO RE-NOTE MOTION |

   Magistrate Judge Imbrogno filed a Report and Recommendation on December 16, 2008 (Ct. Rec. 16), recommending Mr. Jenkins's Motion for Temporary Restraining Order (Ct. Rec. 5) be **DENIED,** as Plaintiff had not yet filed a legally sufficient complaint and named Defendants were not yet parties to this suit.  Rather than filing objections, Mr. Jenkins filed a document titled, "Answer to Report and Recommendation, and Request to Re-note Motion for Temporary Restraining Order and Preliminary Injunction" (Ct. Rec. 20), along with an Amended Complaint (Ct. Rec. 19).

   The Magistrate Judge's recommendation was made on the basis of

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR
INJUNCTIVE RELIEF, AND DENYING REQUEST TO RE-NOTE MOTION -- 1

the initial complaint and Mr. Jenkins's motion filed November 6, 2008. This court will not alter that recommendation based on subsequently filed documents.  There being no actual objections to the Magistrate Judge's recommendation, the court **ADOPTS** the Report and Recommendation in its entirety.

**IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 5) is **DENIED without prejudice**.  **IT IS FURTHER ORDERED** the request to re-note that Motion (Ct. Rec. 5) for hearing on February 23, 2009 is **DENIED as moot.**  Mr. Jenkins is free to file a new and separate motion for injunctive relief if he so chooses.  He must comply with the requirements that he properly note any future motion for hearing under LR 7.1, Local Rules for the Eastern District of Washington.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and to Assistant Attorney General Mary C. McLachlan.

**DATED** this     9th    day of January, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR INJUNCTIVE RELIEF, AND DENYING REQUEST TO RE-NOTE MOTION -- 2