UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY D. JENKINS, III,<br><br>        Plaintiff,<br><br>  vs.<br><br>ELDON VAIL et al.,<br><br>        Defendants. | NO.  CV-08-5075-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND RESETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

    Magistrate Judge Imbrogno filed a Report and Recommendation on May 6, 2010, recommending Plaintiff's Motion for Supplemental Pleadings be denied.  Objections to the Report and Recommendation were due on May 20, 2010.  (Ct. Rec. 152.)  There being no objections to the Report and Recommendation, the court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion for Supplemental Pleadings (**Ct. Rec. 136**) is **DENIED**.  **IT IS SO ORDERED**.

    **IT IS FURTHER ORDERED:**  The hearing without oral argument on cross-Motions for Summary Judgment is reset before Magistrate Judge Imbrogno on June 28, 2010.  The parties may submit additional briefing in support of their Motions for Summary judgment no later than June 14, 2010.

    The parties are advised that the court will consider only those

ORDER ADOPTING REPORT AND RECOMMENDATION
AND SETTING HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 1

claims presented in the First Amended Complaint (Ct. Rec. 19). Additional briefing shall be limited to **15 pages** and shall address only arguments presented in memoranda and responses filed and served within the deadlines established in the court's May 5, 2009, Scheduling Order. (Ct. Rec. 62.)

The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendants.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and to counsel for Defendants.

**DATED** this  27th  day of May, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND SETTING HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 2