UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SIDNEY D. JENKINS, III,

        Plaintiff,

    v.

ELDON VAIL, et al.,

        Defendant.

CV-08-5075-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: September 17, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk